# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

JUAN F. EVANS

    VS                                              CASE NO.  3:06cv477/MCR/MD

LEWIS KILLIAN, ET AL

**REFERRAL AND ORDER**

Referred to Magistrate Judge Davis on   December 5, 2006

Type of Motion/Pleading: MOTION FOR AN ORDER WITHDRAWING THE REFERRAL OF THIS CASE TO MAGISTRATE JUDGE DAVIS

Filed by: PLAINTIFF     on 12/4/06     Document  9

( ) Stipulated/Consented/Joint Pleading

RESPONSES:

_____ on _____ Doc.# _____
_____ on _____ Doc.# _____

WILLIAM M. McCOOL, CLERK OF COURT

/s/ Teresa Cole
Deputy Clerk: Teresa Cole

**ORDER**

Upon consideration of the foregoing, it is ORDERED this 8th day of December, 2006, that:

(a)  The requested relief is DENIED.

(b)  _____

/s/ *Miles Davis*

MILES DAVIS
UNITED STATES MAGISTRATE JUDGE

Entered On Docket: _____ By: __
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:_____

Document No.