IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JUAN EVANS,
        Plaintiff,

vs.                                    3:06cv477/MCR/MD

LEWIS KILLIAN, et al.
        Defendants.

## REPORT AND RECOMMENDATION

This cause is before the court upon referral from the clerk. Plaintiff initiated this cause through the filing of a civil complaint on October 25, 2006. (Doc. 1). On November 2, 2006, this court entered an order denying plaintiff's motion for leave to proceed *In forma pauperis* and directing him to pay the $350.00 filing fee within thirty days. (Doc. 4). Plaintiff did not comply, and on December 5, 2006 the court entered an order directing the plaintiff to show cause why his cause should not be dismissed due to his failure to comply with a court order. (Doc. 10). Plaintiff filed a motion for relief from the orders of Defendant Miles Davis (doc. 13), which was denied by the district court on January 2, 2007. (Doc. 14). Plaintiff has still failed to submit the $350.00 filing fee to the court as directed on November 2, 2006.

Accordingly, it is respectfully RECOMMENDED:

That this case be dismissed without prejudice for plaintiff's failure to comply with an order of the court and failure to prosecute this action.

At Pensacola, Florida, this 10th day of January, 2007.

/s/ *Miles Davis*
**MILES DAVIS**
**UNITED STATES MAGISTRATE JUDGE**

*Page 2 of  2*

## NOTICE TO THE PARTIES

  Any objections to these proposed findings and recommendations must be filed within ten days after being served a copy hereof.  <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.</u>  A copy of any objections shall be served upon any other parties.  Failure to object may limit the scope of appellate review of factual findings.  *See* 28 U.S.C. § 636; *United States v. Roberts,* 858 F.2d 698, 701 (11th Cir. 1988).

*Case No: 3:06cv477/MCR/MD*