**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

JUAN F. EVANS,

    Plaintiff,

vs.                                      CASE NO.: 3:06cv477/MCR/MD

LEWIS KILLIAN, et al.,

    Defendants.
_____/

**O R D E R**

    Plaintiff initiated this cause through the filing of a civil complaint on October 25, 2006, naming numerous federal and state officials as defendants.[1] (Doc. 1). Plaintiff also filed a motion to proceed *in forma pauperis* which was denied November 2, 2006, directing Plaintiff to pay the filing fee of $350.00 within thirty (30) days. (Doc. 4). Plaintiff did not pay the filing fee and an order to show cause issued on December 5, 2006. (Doc. 10).

    On November 13, 2006, Plaintiff filed a motion to disqualify magistrate judge Miles Davis from this action (doc. 5), which was denied by the magistrate judge (doc. 6). Plaintiff next filed a motion to withdraw the referral of this case to magistrate judge Miles Davis (doc. 9), which Judge Davis denied (doc. 11). Then, on December 22, 2006, Plaintiff filed a motion for relief from the orders of defendant Miles Davis (doc. 13), which was denied by the undersigned on January 2, 2007 (doc. 14). Notwithstanding the orders of this court, Plaintiff still failed to submit the $350.00 filing fee. A Report and Recommendation that this case be dismissed for failure to comply with an order of the court and failure to prosecute this action entered January 10, 2007, (doc. 15) was adopted as final on January 25, 2007 (doc. 16).

---

    [1] In addition to Judge Killian, a bankruptcy judge in this district, Plaintiff also named among others a senior district judge and two magistrate judges in this court.

Now pending before this court are Plaintiff's motion for relief from the final order dated January 2, 2007, denying Plaintiff's motion for relief from all orders of the magistrate judge/defendant Miles Davis (doc. 18), and Plaintiff's amended motion for relief from the final order and judgment dated January 25, 2007 (doc. 26).[2]  The basis for Plaintiff's motions continues on the allegations that the magistrate judge should be disqualified because he is listed as a party defendant in the case.

An action shall not proceed in this court absent payment of a filing fee as required by 28 U.S.C. § 1914.  (See N.D. Fla. Loc. R. 5.1(H).)  Though Plaintiff did file a motion to proceed *in forma pauperis*, such request was denied upon consideration of the financial information submitted.[3]  Plaintiff has not submitted the requisite filing fee; therefore, this case may not proceed to any consideration by the court.  Accordingly, it is

ORDERED:

Plaintiff's motion for relief from the final order (doc. 18) and amended motion for relief from the final order and judgment (doc. 26) are DENIED.

**DONE and ORDERED** this 15th day of February, 2007.

        s/ *M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**

---

[2]  Plaintiff also filed a Notice of Appeal on January 29, 2007.  The United States Court of Appeals for the Eleventh Circuit awaits this court's ruling on the motion for relief from the final order.

[3]  It is interesting to note that Plaintiff has filed several civil actions in this court.  Most recently, in Case No. 3:06cv269/RV/MD filed June 21, 2006, and following intra-district transfer is presently pending at Case No. 4:06cv578/SPM/WCS, Plaintiff did pay the appropriate filing fee.